IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TERRY BOYD WILKINSON and SHARON WILKINSON, husband and wife,<br>　　　　Plaintiffs<br><br>NORFOLK SOUTHERN CORPORATION, t/a NORFOLK & WESTERN RAILWAY COMPANY<br>　　　　AND<br>CONSOLIDATED RAIL CORPORATION,<br>　　　　Defendants | CIVIL ACTION<br><br><br>JURY TRIAL DEMANDED<br><br>JUDGE SYLVIA H. RAMBO<br><br>NO. 01-CV-1146 |

**FILED**
HARRISBURG, PA

JUL 18 2001

MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

### ENTRY OF APPEARANCE

**TO THE CLERK OF COURT:**

Please enter the appearance of Craig J. Staudenmaier, Esquire, and Dennis E. Boyle, Esquire of Nauman, Smith, Shissler & Hall, LLP, on behalf of Norfolk Southern Corporation, t/a Norfolk & Western Railway Company and Consolidated Rail Corporation, in the above referenced proceeding.

　　　　　　　　　　　　　　　　NAUMAN, SMITH, SHISSLER & HALL, LLP

　　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　Craig J. Staudenmaier, Esquire
　　　　　　　　　　　　　　　　　　Supreme Court ID # 34996

　　　　　　　　　　　　　　　　**Dennis E. Boyle, Esquire**
　　　　　　　　　　　　　　　　**Supreme Court ID# 49618**

　　　　　　　　　　　　　　　　200 North Third Street
　　　　　　　　　　　　　　　　P.O. Box 840
　　　　　　　　　　　　　　　　Harrisburg, PA 17108-0840
　　　　　　　　　　　　　　　　Telephone: (717) 236-3010

Date: July 18, 2001

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TERRY BOYD WILKINSON and SHARON WILKINSON, husband and wife, | : : : | CIVIL ACTION |
| Plaintiffs | : : | JURY TRIAL DEMANDED |
| NORFOLK SOUTHERN CORPORATION, t/a NORFOLK & WESTERN RAILWAY COMPANY | : : : | JUDGE SYLVIA H. RAMBO |
| AND CONSOLIDATED RAIL CORPORATION, | : : | NO. 01-CV-1146 |
| Defendants | : | |

**CERTIFICATE OF SERVICE**

AND NOW, on the date stated below, I, **Craig J. Staudenmaier, Esquire**, of the firm of Nauman, Smith, Shissler & Hall, LLP, hereby certify that I this day served the foregoing "Entry of Appearance" by depositing a copy of the same in the United States Mail, first class, postage prepaid, at Harrisburg, Pennsylvania, addressed to the following:

> Joseph A. Coffey, Jr., Esquire
> **COFFEY & KAYE**
> Two Bala Plaza, Suite 718
> Bala Cynwyd, PA 19004

> NAUMAN, SMITH, SHISSLER & HALL, LLP
>
> By: _____
> Craig J. Staudenmaier, Esquire
> Supreme Court ID# 34996

Date: July 18, 2001