IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TERRY BOYD WILKINSON and SHARON WILKINSON, husband and wife, : Plaintiffs : : NORFOLK SOUTHERN CORPORATION, : t/a NORFOLK & WESTERN RAILWAY COMPANY : AND CONSOLIDATED RAIL CORPORATION, : Defendants : | CIVIL ACTION JURY TRIAL DEMANDED JUDGE SYLVIA H. RAMBO NO. 01-CV-1146 |

FILED
HARRISBURG, PA

JUL 1 8 2001

MARY E. D'ANDREA, CLE
Per _____ Deputy Clerk

**MOTION OF DEFENDANTS FOR AN ENLARGEMENT
OF TIME WITHIN WHICH TO FILE AN ANSWER
WITH THE CONCURRENCE OF PLAINTIFFS**

AND NOW comes NORFOLK SOUTHERN CORPORATION, t/a NORFOLK & WESTERN RAILWAY COMPANY and CONSOLIDATED RAIL CORPORATION, Defendants,, by their attorneys NAUMAN, SMITH, SHISSLER & HALL, LLP, and moves this Court for the entry of an order granting Defendants an enlargement of time within which to file an answer with the concurrence of Plaintiffs as follows:

1. This action was originally commenced in the United States District Court for the Eastern District of Pennsylvania by the filing of a complaint on May 2, 2001.

1

2. Thereafter, the parties agreed by stipulation that the action should be transferred to the United States District Court for the Middle District of Pennsylvania, and the District Court approved the transfer.

3. In light of the transfer, the parties also agreed to a Stipulation for an enlargement of time to file an answer to the complaint. No answer was filed in the Eastern District.

4. The undersigned counsel has just been assigned to handle the defense of this matter in the Middle District and has just recently been notified that the file has actually been received by this Court.

5. Since the previous enlargement may have been rendered moot by the transfer, and/or has or is about to expire, the undersigned counsel for the Defendants has contacted Plaintiffs' counsel and he has agreed to an additional extension within which to file an answer until July 31, 2001, so as to allow new counsel to properly review its clients' files and prepare an answer with affirmative defenses.

6. There have been no scheduling orders or deadlines established by this Court, and the parties believe that the short extension will in no way delay any further proceedings in the case after the date of transfer.

WHEREFORE, NORFOLK SOUTHERN CORPORATION, t/a NORFOLK & WESTERN RAILWAY COMPANY and CONSOLIDATED RAIL CORPORATION, Defendants, respectfully

move this Court for the entry of an order granting them an enlargement of time within which to file an answer until July 31, 2001.

                                      NAUMAN, SMITH, SHISSLER & HALL, LLP

                            By: _____
                                      Craig J. Staudenmaier, Esquire
                                      Supreme Court ID# 34996

                                        200 North Third Street, P. O. Box 840
                                        Harrisburg, PA 17108-0840
                                        Telephone: (717) 236-3010
                                        Counsel for Norfolk Southern Corporation,
                                        t/a Norfolk & Western Railway Company and
                                        Consolidated Rail Corporation, Defendants

Date: July 18, 2001

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TERRY BOYD WILKINSON and SHARON WILKINSON, husband and wife,<br>    Plaintiffs<br><br>NORFOLK SOUTHERN CORPORATION, t/a NORFOLK & WESTERN RAILWAY COMPANY<br>    AND<br>CONSOLIDATED RAIL CORPORATION,<br>    Defendants | CIVIL ACTION<br><br><br>JURY TRIAL DEMANDED<br><br>JUDGE SYLVIA H. RAMBO<br><br>NO. 01-CV-1146 |

## CERTIFICATE OF CONCURRENCE

I, CRAIG J. STAUDENMAIER, ESQUIRE, attorney for Defendants, Norfolk Southern Corporation, t/a Norfolk & Western Railway Company and Consolidated Rail Corporation, hereby certify that I have contacted counsel for the Plaintiffs, JOSEPH A. COFFEY, JR., ESQUIRE, and he concurs in the Motion of Defendants for an Enlargement of Time within which to File an Answer.

NAUMAN, SMITH, SHISSLER & HALL, LLP

By: _____
Craig J. Staudenmaier, Esquire
Supreme Court ID# 34996

200 North Third Street, P. O. Box 840
Harrisburg, PA 17108-0840
Telephone: (717) 236-3010
Counsel for Norfolk Southern Corporation,
t/a Norfolk & Western Railway Company and
Consolidated Rail Corporation, Defendants

Date: July 18, 2001

4

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TERRY BOYD WILKINSON and SHARON WILKINSON, husband and wife, : : : | CIVIL ACTION |
| Plaintiffs : | |
| : | JURY TRIAL DEMANDED |
| NORFOLK SOUTHERN CORPORATION, : t/a NORFOLK & WESTERN RAILWAY : COMPANY : | JUDGE SYLVIA H. RAMBO |
| AND : | NO. 01-CV-1146 |
| CONSOLIDATED RAIL CORPORATION, : Defendants : | |

## CERTIFICATE OF SERVICE

AND NOW, on the date stated below, I, **Craig J. Staudenmaier, Esquire**, of the firm of Nauman, Smith, Shissler & Hall, LLP, hereby certify that I this day served the foregoing "Motion of Defendants for an Enlargement of Time within which to File an Answer with the Concurrence of Plaintiffs" by depositing a copy of the same in the United States Mail, first class, postage prepaid, at Harrisburg, Pennsylvania, addressed to the following:

Joseph A. Coffey, Jr., Esquire
**COFFEY & KAYE**
Two Bala Plaza, Suite 718
Bala Cynwyd, PA  19004

NAUMAN, SMITH, SHISSLER & HALL, LLP

By: _____
**Craig J. Staudenmaier, Esquire**
Supreme Court ID# 34996

Date:  July 18, 2001

5