⑤
7/19/01
MA

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

FILED
HARRISBURG, PA

JUL 1 9 2001

MARY E. D'ANDREA, CLERK
Per _____
        Deputy Clerk

| | |
|---|---|
| TERRY BOYD WILKINSON and SHARON WILKINSON, husband and wife,  Plaintiffs | CIVIL ACTION |
| | JURY TRIAL DEMANDED |
| NORFOLK SOUTHERN CORPORATION, t/a NORFOLK & WESTERN RAILWAY COMPANY AND CONSOLIDATED RAIL CORPORATION,  Defendants | JUDGE SYLVIA H. RAMBO NO. 01-CV-1146 |

## ORDER

AND NOW this __19__ day of __July__, 2001, upon consideration of the foregoing Motion of Defendants for an Enlargement of Time within which to file an Answer in which Plaintiffs have concurred, IT IS HEREBY ORDERED that said Motion is GRANTED, and Defendants shall have until July 31, 2001, to file an answer with affirmative defenses to the complaint filed in this matter.

BY THE COURT:

_____
Sylvia H. Rambo, U.S.D.C. Judge

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

\* \* MAILING CERTIFICATE OF CLERK \* \*

July 19, 2001

Re:  1:01-cv-01146   Wilkinson v. Norfolk South. Corp.

True and correct copies of the attached were mailed by the clerk to the following:

    Joseph A. Coffey Jr., Esq.
    Coffey and Kaye
    Suite 718 Two Bala Plaza
    Bala Cynwyd, PA  19004

    Richard K. Hohn, Esq.
    Hohn & Scheuerle
    Eleven Penn Center
    1835 Market Street, #2901
    Philadelphia, PA  19103

    Craig James Staudenmaier, Esq.
    Dennis E. Boyle, Esq.
    Nauman, Smith, Shissler & Hall
    200 North Third Street
    P.O. Box 840
    Harrisburg, PA  17108-0840

cc:
Judge                         (X )           ( ) Pro Se Law Clerk
Magistrate Judge              ( )            ( ) INS
U.S. Marshal                  ( )            ( ) Jury Clerk
Probation                     ( )
U.S. Attorney                 ( )
Atty. for Deft.               ( )
Defendant                     ( )
Warden                        ( )
Bureau of Prisons             ( )
Ct Reporter                   ( )
Ctroom Deputy                 ( )
Orig-Security                 ( )
Federal Public Defender       ( )
Summons Issued                ( )  with N/C attached to complt. and served by:
                                   U.S. Marshal ( )   Pltf's Attorney ( )
Standard Order 93-5           ( )
Order to Show Cause           ( )  with Petition attached & mailed certified mail
                                   to: US Atty Gen  ( )  PA Atty Gen ( )

```
                                    DA of County  ( )   Respondents ( )
Bankruptcy Court      ( )
Other_____( )
                                              MARY E. D'ANDREA, Clerk

DATE: July 19th, 2001              BY: _____
                                              Deputy Clerk
```