**ORIGINAL**

HOHN & SCHEUERLE
BY:    RICHARD K. HOHN, ESQUIRE
Identification No.: 32528
BY:    MARYELLEN CONROY, ESQUIRE
Identification No.: 73976
Eleven Penn Center
Suite 2901
1835 Market Street
Philadelphia, PA 19103
(215) 496-9995
Our File No.: 8500-21

Attorney for Defendants,
Norfolk Southern Corporation,
t/a Norfolk & Western Railway Co. and
Consolidated Rail Corporation

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TERRY BOYD WILKINSON and<br>SHARON WILKINSON, h/w | CIVIL ACTION |
| v. | J Rambo |
| NORFOLK SOUTHERN CORPORATION,<br>t/a NORFOLK & WESTERN RAILWAY CO.<br>and CONSOLIDATED RAIL CORPORATION | NO. 01-1146 |

**WITHDRAWAL OF APPEARANCE**

TO THE CLERK OF THE COURT:

Kindly withdraw the appearance of Richard K. Hohn, Esquire of Hohn & Scheuerle as counsel for defendants Norfolk Southern Corporation, t/a Norfolk & Western Railway Co., and Consolidated Rail Corporation. in this matter.

HOHN & SCHEUERLE

BY: _____
RICHARD K. HOHN, ESQUIRE

**ENTRY OF APPEARANCE**

TO THE CLERK OF THE COURT:

Kindly enter my appearance on behalf of defendants Norfolk Southern Corporation, T/a Norfolk & Western Railway Co., in the above case. Defendants demand a jury trial, jury of twelve with alternates is demanded.

NAUMAN, SMITH, SCHISSLER & HALL

BY:_____
CRAIG STAUDENMAYER, ESQUIRE