

8/10/01

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **TERRY BOYD WILKINSON and SHARON WILKINSON,**<br>    **Plaintiffs**<br><br>       v.<br><br>**NORFOLK SOUTHERN CORPORATION, t/a NORFOLK & WESTERN RAILWAY COMPANY; and CONSOLIDATED RAIL CORPORATION,**<br>    **Defendants and**<br>    **Third-Party Plaintiffs**<br><br>       v.<br><br>**GPS TERMINAL SERVICES, INC.,**<br>    **Third Party Defendant** | CIVIL NO. 1:CV-01-1146<br><br>**FILED**<br>HARRISBURG, PA<br><br>AUG 1 0 2001<br><br>MARY E. D'ANDREA, CLERK<br>Per _____<br>Deputy Clerk |

### O R D E R

By notice dated July 3, 2001, this court scheduled a case management conference for August 15, 2001 in the captioned action. On August 10, 2001, Defendants filed a third party complaint. In light of this filing, this case is not ready for a case management conference.

Accordingly, **IT IS HEREBY ORDERED THAT** the case management conference scheduled for August 15, 2001, is cancelled. The conference will be rescheduled upon the appearance of counsel for Third-Party Defendant.

                                                                    _/s/ Sylvia H. Rambo_
                                                                 SYLVIA H. RAMBO
                                                                 United States District Judge

Dated: August _10_, 2001.

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

\* \* MAILING CERTIFICATE OF CLERK \* \*

August 10, 2001

Re:  1:01-cv-01146    Wilkinson v. Norfolk South. Corp.

True and correct copies of the attached were mailed by the clerk to the following:

```
Joseph A. Coffey Jr., Esq.
Coffey and Kaye
Suite 718 Two Bala Plaza
Bala Cynwyd, PA  19004

Craig James Staudenmaier, Esq.
Dennis E. Boyle, Esq.
Nauman, Smith, Shissler & Hall
200 North Third Street
P.O. Box 840
Harrisburg, PA  17108-0840
```

cc:
| | | |
|---|---|---|
| Judge | (X) | ( ) Pro Se Law Clerk |
| Magistrate Judge | ( ) | ( ) INS |
| U.S. Marshal | ( ) | ( ) Jury Clerk |
| Probation | ( ) | |
| U.S. Attorney | ( ) | |
| Atty. for Deft. | ( ) | |
| Defendant | ( ) | |
| Warden | ( ) | |
| Bureau of Prisons | ( ) | |
| Ct Reporter | ( ) | |
| Ctroom Deputy | ( ) | |
| Orig-Security | ( ) | |
| Federal Public Defender | ( ) | |
| Summons Issued | ( ) | with N/C attached to complt. and served by: U.S. Marshal ( )    Pltf's Attorney ( ) |
| Standard Order 93-5 | ( ) | |
| Order to Show Cause | ( ) | with Petition attached & mailed certified mail to:  US Atty Gen ( )    PA Atty Gen ( )    DA of County ( )    Respondents ( ) |
| Bankruptcy Court | ( ) | |
| Other_____ | ( ) | |

MARY E. D'ANDREA, Clerk

8/10/01