ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TERRY BOYD WILKINSON and SHARON WILKINSON, husband and wife, Plaintiffs | : CIVIL ACTION : : : |
| v. | : JURY TRIAL DEMANDED |
| NORFOLK SOUTHERN RAILWAY COMPANY AND CONSOLIDATED RAIL CORPORATION, Defendants | : : : JUDGE SYLVIA H. RAMBO |
| v. | : NO. 01-CV-1146 |
| GPS TERMINAL SERVICES, INC., Third Party Defendant | : : |

FILED
HARRISBURG, PA
MAY 0 6 2002
MARY E. D'ANDREA, CLERK
Per _____

### WITHDRAWAL OF APPEARANCE

Kindly withdraw the appearance of Jeffrey B. Rettig, Esquire and Thomas, Thomas & Hafer, LLP, as attorney for the Third Party Defendant in this matter.

THOMAS, THOMAS & HAFER, LLP

By: _____
Jeffrey B. Rettig, Esquire
305 North Front Street, 6th Floor
P.O. Box 999
Harrisburg, PA 17108-0999
(717) 255-7639

### ENTRY OF APPEARANCE

Kindly enter the appearance of Jeffrey B. Rettig, Esquire and Hartman, Osborne & Rettig, P.C., as attorney for the Third Party Defendant in this matter.

HARTMAN, OSBORNE & RETTIG, P.C.

By: _____
Jeffrey B. Rettig, Esquire
126-128 Walnut Street
Harrisburg, PA 17101
(717) 232-3046

## CERTIFICATE OF SERVICE

I do hereby certify that I sent a true and correct copy of the foregoing document to all counsel of record by placing a copy of the same in the United States first-class mail, postage prepaid, addressed as follows:

Joseph A. Coffey, Jr., Esquire
Coffey & Kaye
Suite 718, Two Bala Plaza
Bala Cynwyd, PA  19004

Craig J. Staudenmaier, Esquire
Nauman, Smith, Shissler & Hall, LLP
200 North Third Street
P.O. Box 840
Harrisburg, PA  17108

THOMAS, THOMAS & HAFER, LLP

By: _____
Jeffrey B. Rettig, Esquire

Date: 05/06/02