ORIGINAL

2-to ct w/o

FILED
HARRISBURG, PA

JUL 15 2002

_____, CLERK
Per _____

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TERRY BOYD WILKINSON and SHARON WILKINSON, husband and wife,<br><br>　　　　Plaintiffs<br><br>　　v.<br><br>NORFOLK SOUTHERN RAILWAY COMPANY and CONSOLIDATED RAIL CORPORATION,<br>　　　　Defendants<br><br>　　v.<br><br>GPS TERMINAL SERVICES, INC.,<br>　　Third Party Defendant | CIVIL ACTION<br><br><br><br><br><br>JURY TRIAL DEMANDED<br><br>JUDGE SYLVIA H. RAMBO<br><br><br>NO. 01-CV-1146 |

**MOTION OF NORFOLK SOUTHERN RAILWAY
COMPANY AND CONSOLIDATED RAIL CORPORATION,
DEFENDANTS, FOR SUMMARY JUDGMENT**

AND NOW comes NORFOLK SOUTHERN RAILWAY COMPANY and CONSOLIDATED RAIL CORPORATION, ("Railroads"), Defendants, by their attorneys NAUMAN, SMITH, SHISSLER & HALL, LLP, and moves this Court pursuant to Fed. R.Civ.P. 56 in their favor and against Terry B. Wilkinson and Sharon Wilkinson, Plaintiffs, representing in support thereof the following:

1. Plaintiffs commenced this action by the filing of a Complaint asserting two causes of action: Count I asserts a cause of action under the Federal Employers' Liability Act ("FELA"), 45 U.S.C. §51, as amended, and Count II asserts a cause of action under Pennsylvania common law negligence.

2. There are insufficient material facts which would support Plaintiffs' claim in Count I of his Complaint under the FELA, as, at the time of his alleged injury, Plaintiff was not "employed" by the Railroads, and thus, may not recover under the provisions of the FELA.

3. At the time of his alleged injury, Plaintiff was the employee of an independent contractor and was not engaged in activities which constituted a peculiar risk or special danger, thus the Railroads owed no duty to Plaintiff under Pennsylvania common law negligence standards which would entitle him to recover against the Railroads.

4.  As there exists no genuine issue of material fact which would support Plaintiffs' claims under either Count I or Count II of their Complaint, summary judgment pursuant to Fed. R.Civ.P. 56 in favor of the Railroads and against Plaintiffs is required.

WHEREFORE, Norfolk Southern Railway Company and Consolidated Rail Corporation, Defendants, move for summary judgment in their favor and against Terry B. Wilkinson and Sharon Wilkinson, Plaintiffs, as to any and all claims asserted in Counts I and II of their Complaint.

NAUMAN, SMITH, SHISSLER & HALL, LLP

By: _____
**Craig J. Staudenmaier, Esquire**
**Supreme Court ID# 34996**

200 North Third Street, P. O. Box 840
Harrisburg, PA  17108-0840
Telephone:  (717) 236-3010
Counsel for Norfolk Southern Railway
Company and Consolidated Rail
Corporation, Defendants

Date: July 15, 2002

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TERRY BOYD WILKINSON and SHARON WILKINSON, husband and wife,<br>        Plaintiffs | : | CIVIL ACTION |
| v. | : | |
| NORFOLK SOUTHERN RAILWAY COMPANY and CONSOLIDATED RAIL CORPORATION,<br>        Defendants | : | JURY TRIAL DEMANDED<br><br>JUDGE SYLVIA H. RAMBO<br><br>NO. 01-CV-1146 |
| v. | : | |
| GPS TERMINAL SERVICES, INC.,<br>        Third Party Defendant | : | |

## CERTIFICATE OF SERVICE

      **AND NOW**, on the date stated below, I, **Craig J. Staudenmaier, Esquire**, of the firm of Nauman, Smith, Shissler & Hall, LLP, hereby certify that I this day served the foregoing **MOTION OF NORFOLK SOUTHERN RAILWAY COMPANY AND CONSOLIDATED RAIL CORPORATION, DEFENDANTS, FOR SUMMARY JUDGMENT** by depositing a copy of the same in the United

States Mail, first class, postage prepaid, at Harrisburg, Pennsylvania, addressed to the following:

>Lawrence A. Katz, Esquire
>Robert E. Myers, Esquire
>**COFFEY & KAYE**
>Two Bala Plaza, Suite 718
>Bala Cynwyd, PA 19004
>
>Jeffrey B. Rettig, Esquire
>Hartman, Osborne & Rettig, P.C.
>126-128 Walnut Street
>Harrisburg, PA 17101

>NAUMAN, SMITH, SHISSLER & HALL, LLP
>
>By: _____
>**Craig J. Staudenmaier, Esquire**
>**Supreme Court ID# 34996**
>
>200 North Third Street, P. O. Box 840
>Harrisburg, PA 17108-0840
>Telephone: (717) 236-3010
>Counsel for Norfolk Southern Railway
>Company and Consolidated Rail
>Corporation, Defendants

Date: July 15, 2002

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TERRY BOYD WILKINSON and SHARON WILKINSON, husband and wife, | : CIVIL ACTION : : |
| Plaintiffs | : : |
| v. | : : |
| | : JURY TRIAL DEMANDED |
| NORFOLK SOUTHERN RAILWAY COMPANY and CONSOLIDATED RAIL CORPORATION, | : : JUDGE SYLVIA H. RAMBO : : |
| Defendants | : |
| | : NO. 01-CV-1146 |
| v. | : : |
| GPS TERMINAL SERVICES, INC., Third Party Defendant | : : |

### CERTIFICATE PURSUANT TO MIDDLE DISTRICT LOCAL RULE 7.1

I, CRAIG J. STAUDENMAIER, ESQUIRE, attorney for NORFOLK SOUTHERN RAILWAY COMPANY and CONSOLIDATED RAIL

CORPORATION, hereby certify that I have contacted the attorney for Plaintiff, Lawrence A. Katz, of Coffey & Kaye, who does not concur in the Motion of Norfolk Southern Railway Company and Consolidated Rail Corporation, and Jeffrey B. Rettig, Esquire, of Hartman, Osborne & Rettig, P.C. who does concur in the Motion for Summary Judgment of Norfolk Southern Railway Company and Consolidated Rail Corporation.

NAUMAN, SMITH, SHISSLER & HALL, LLP

By: _____
Craig J. Staudenmaier, Esquire
Supreme Court ID# 34996

200 North Third Street, P. O. Box 840
Harrisburg, PA 17108-0840
Telephone: (717) 236-3010
Counsel for Norfolk Southern Railway
Company and Consolidated Rail
Corporation, Defendants

Date: July 15, 2002

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TERRY BOYD WILKINSON and SHARON WILKINSON, husband and wife, | : : : | CIVIL ACTION |
| Plaintiffs | : : | |
| v. | : : | |
| | : | JURY TRIAL DEMANDED |
| NORFOLK SOUTHERN RAILWAY COMPANY and CONSOLIDATED RAIL CORPORATION, | : : : | JUDGE SYLVIA H. RAMBO |
| Defendants | : : | |
| | : | NO. 01-CV-1146 |
| v. | : : | |
| GPS TERMINAL SERVICES, INC., Third Party Defendant | : : | |

### CERTIFICATE OF SERVICE

**AND NOW**, on the date stated below, I, **Craig J. Staudenmaier, Esquire**, of the firm of Nauman, Smith, Shissler & Hall, LLP, hereby certify that I this day served the foregoing **CERTIFICATE PURSUANT TO MIDDLE DISTRICT LOCAL RULE 7.1,** by depositing a copy of the same in the United States Mail, first class, postage prepaid, at Harrisburg, Pennsylvania, addressed to the following:

Lawrence A. Katz, Esquire
Robert E. Myers, Esquire
**COFFEY & KAYE**
Two Bala Plaza, Suite 718
Bala Cynwyd, PA  19004

Jeffrey B. Rettig, Esquire
Hartman, Osborne & Rettig, P.C.
126-128 Walnut Street
Harrisburg, PA  17101

NAUMAN, SMITH, SHISSLER & HALL, LLP

By: _____
**Craig J. Staudenmaier, Esquire**
**Supreme Court ID# 34996**

200 North Third Street, P. O. Box 840
Harrisburg, PA  17108-0840
Telephone:  (717) 236-3010
Counsel for Norfolk Southern Railway
Company and Consolidated Rail
Corporation, Defendants

Date: July 15, 2002