

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **TERRY BOYD WILKINSON and SHARON WILKINSON,**<br>    **Plaintiffs**<br><br>            v.<br><br>**NORFOLK SOUTHERN CORPORATION, et al.,**<br><br>    **Defendants** | CIVIL NO. 1:CV-01-1146 |



### ORDER

**IT IS HEREBY ORDERED THAT** Plaintiffs' motion fo extension of the deadline for filing a brief in response to Defendants' motion for summary judgment is **GRANTED**. Plaintiffs' brief shall be filed no later than August 16, 2002.

                                                SYLVIA H. RAMBO
                                            United States District Judge

Dated: July 25, 2002.