

IN THE UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TERRY BOYD WILKINSON, ET AL | : |
| PLAINTIFFS | : |
| VS. | : CIVIL ACTION NO. |
| | : 01-CV-1146 |
| NORFOLK SOUTHERN CORP., ET AL. | : |
| | : HON. SYLVIA H. RAMBO |
| DEFENDANTS | : |

**PLAINTIFF'S REPLY IN OPPOSITION TO NORFOLK SOUTHERN CORPORATION'S MOTION FOR SUMMARY JUDGMENT**

FILED
HARRISBURG, PA
AUG 1 4 2002
MARY E. D'ANDREA, CLERK
PER_____
DEPUTY CLERK

Plaintiffs, by their counsel, respectfully request that the NS Motion for Summary Judgment be denied and dismissed, as a genuine issue of fact does exist as to the legal issues raised therein. In opposition to said Motion, the following is set forth:

1.  Admitted.

2.  Denied. On the contrary, when viewing the evidence in the light most favorable to the plaintiffs, Mr. Wilkinson was a Norfolk Southern "employee" for purposes of the Federal Employers' Liability Act (FELA).

1

3. Denied. Under Pennsylvania common law Norfolk Southern did owe Mr. Wilkinson common law duties, that it breached, resulting in his accident and injuries.

4. Denied. Material facts exist that render summary judgment inappropriate.

WHEREFORE, Plaintiffs respectfully request that NS's Motion for Summary Judgment be denied.

Respectfully submitted,

Coffey & Kaye

BY: _____
JOSEPH A. COFFEY, JR.
ROBERT E. MYERS
LAWRENCE A. KATZ
Counsel for Plaintiffs

Coffey & Kaye
718 Two Bala Plaza
Bala Cynwyd, PA 19004
610-668-9800
610-667-3352 (Fax)

2

## CERTIFICATION OF SERVICE

I, Lawrence A. Katz, Esquire do hereby certify that I am the attorney for Plaintiff and this day serving Plaintiff's Proposed Order, Plaintiff's Reply in Opposition to Norfolk Southern Corporation's Motion for Summary Judgment, Plaintiff's Reply in Opposition to Norfolk Southern Corporation's Local Rule 56.1 Statement of Undisputed Facts and Plaintiff's Memorandum of Law in Support of His Reply in Opposition to Norfolk Southern's Motion for Summary Judgment on the party listed below, and attached documents via U.S. Mail, which service satisfies the requirements of Pa. R.C.P.:

        Craig J. Craig J. Staudenmaier, Esquire
        Nauman, Smith, Shissler & Hall
        200 North Third Street, 18th Floor
        P.O. Box 840
        Harrisburg, PA 17108

        COFFEY & KAYE

        _____
        LAWRENCE A. KATZ
        Counsel for Plaintiff

Date: August 13, 2002