IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **TERRY BOYD WILKINSON and SHARON WILKINSON,**<br>　　　　Plaintiffs<br><br>　　v.<br><br>**NORFOLK SOUTHERN CORPORATION, t/a NORFOLK & WESTERN RAILWAY COMPANY; and CONSOLIDATED RAIL CORPORATION,**<br>　　　　Defendants and<br>　　　　Third-Party Plaintiffs<br><br>　　v.<br><br>**GPS TERMINAL SERVICES, INC.,**<br>　　　　Third Party Defendant | CIVIL NO. 1:CV-01-1146<br><br> |

### O R D E R

**IT IS HEREBY ORDERED THAT** jury selection in the captioned action is rescheduled from October 7, 2002 to **Tuesday, October 15, 2002 at 9:30 a.m.** in Courtroom No. 3, Eighth Floor, Federal Building, Third and Walnut Streets, Harrisburg, Pennsylvania.

　　　　　　　　　　　　　　　　　　　　　　SYLVIA H. RAMBO
　　　　　　　　　　　　　　　　　　　　　　United States District Judge

Dated: August  19 , 2002.