IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **TERRY BOYD WILKINSON and SHARON WILKINSON,** | CIVIL NO.1:CV-01-1146 |
| **Plaintiffs** | |
| v. | |
| **NORFOLK SOUTHERN RAILWAY and CONSOLIDATED RAIL CORPORATION,** | |
| **Defendants** | |
| v. | |
| **GPS TERMINAL SERVICES, INC.,** | |
| **Third-Party Defendants** | |



# O R D E R

In accordance with the accompanying memorandum of law, **IT IS HEREBY ORDERED THAT** Defendants' motion for summary judgment is **GRANTED**. The Clerk of Court is directed to delay the entry of judgment until further order of court. Third-Party Plaintiffs are instructed to contact the court to schedule a conference call regarding the status of their complaint.

SYLVIA H. RAMBO
United States District Judge

Dated: September 23, 2002.