

MA 34
9-27-0

Wilkinson v. Norfolk Southern            TIME: 3:00 p.m.

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

### MINUTES OF CONFERENCE

CASE No. **1:CV-01-1146**

DATE September 2**6**, 2002

Hon. Sylvia H. Rambo presiding, Harrisburg, Pennsylvania, in chambers.

Nature of Conference  Status of Third Party Complaint

Time Commenced  3:05       Time Terminated  3:10

| **PLAINTIFF:** | **APPEARANCES** | **DEFENDANT:** |
|---|---|---|
| Craig Staudenmaier for 3d Pty. Pl. | | Jeffrey Rettig for 3dd pty Def. |

### REMARKS

def. to file motion to withdraw TP complaint - agreed to by TP defendant

FILED
SEP 26 2002
PER _____
HARRISBURG, PA  DEPUTY CLERK