

FILED
OCT 0 2 2002
PER _____ MA
HARRISBURG, PA DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TERRY BOYD WILKINSON and SHARON WILKINSON, husband and wife,<br>    Plaintiffs<br><br>v.<br><br>NORFOLK SOUTHERN RAILWAY COMPANY and CONSOLIDATED RAIL CORPORATION,<br>    Defendants<br><br>v.<br><br>GPS TERMINAL SERVICES, INC.,<br>    Third Party Defendant | CIVIL ACTION<br><br><br><br><br><br>JURY TRIAL DEMANDED<br><br>JUDGE SYLVIA H. RAMBO<br><br><br>NO. 01-CV-1146 |

## ORDER

AND NOW this _2nd_ day of _October_, 2002, upon consideration of the foregoing Motion of Norfolk Southern Railway Company and Consolidated Rail Corporation, Defendants, IT IS HEREBY ORDERED that

judgment be entered in favor of Norfolk Southern Railway Company and Consolidated Rail Corporation, Defendants, and against Terry Boyd Wilkinson and Sharon Wilkinson, Plaintiffs. IT IS FURTHER ORDERED that the third party claim of Norfolk Southern Railway Company and Consolidated Rail Corporation, Defendants, against GPS Terminal Services, Inc., Third Party Defendants, is rendered moot.

                                                                                                     _____
                                                                                                     SYLVIA H. RAMBO
                                                                                                   United States District Judge