IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **TERRY BOYD WILKINSON and SHARON WILKINSON,**<br>　　　　　Plaintiffs<br><br>　　　　v.<br><br>**NORFOLK SOUTHERN CORPORATION, et al.,**<br>　　　　　Defendants | CIVIL NO. 1:CV-01-1146 |



FILED
OCT 0 2 2002
PER _____
HARRISBURG, PA  DEPUTY CLERK

### ORDER

　　**IT IS HEREBY ORDERED THAT** the Clerk of Court is directed to enter judgment in accordance with the court's ruling on Defendants' motion for summary judgment and to close the case file.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　SYLVIA H. RAMBO
　　　　　　　　　　　　　　　　　　　　　United States District Judge

Dated: October 2, 2002.