

AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court
## MIDDLE DISTRICT OF PENNSYLVANIA
## JUDGMENT IN A CIVIL CASE

TERRY BOYD WILKINSON and
SHARON WILKINSON,
    Plaintiffs

Case No: 1:01-CV-1146
Judge Sylvia H. Rambo

V.

NORFOLK SOUTHERN RAILWAY COMPANY
and CONSOLIDATED RAIL CORPORATION
    Defendants



FILED
OCT 0 2 2002
PER _____
HARRISBURG, PA  DEPUTY CLERK

V.

GPS TERMINAL SERVICES, INC.
    Third-Party Defendants

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that summary judgment be and is hereby entered in favor of the Defendants, Norfolk Southern Railway Company and Consolidated Rail Corporation, and against the Plaintiffs, Terry Boyd Wilkinson and Sharon Wilkinson, on Counts I and II of the Plaintiffs' complaint.

Date: October 2nd, 2002

Mary E. D'Andrea, Clerk of Court

Certified from the record
Date  10-3-02
Mary E. D'Andrea, Clerk
Per _____
Deputy Clerk

(By) Mark J. Armbruster, Deputy Clerk